compensate Mann for the time he worked beyond that required under the standard 40–hour workweek.

## IV. CONCLUSION

We **AFFIRM** the judgment in favor of Mann for unpaid overtime compensation.

PER CURIAM:

After careful review, we conclude that the judgment of the district court should be affirmed for the reasons set forth in the comprehensive opinion of the district court dated October 30, 2012.

AFFIRMED.

**Bobby SAVAGE, Plaintiff–Appellant,**

v.

**SOUTH FLORIDA REGIONAL TRANS- PORTATION AUTHORITY, Defen- dant–Appellee.**

No. 12–16144
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 9, 2013.

Robert E. O'Connell, Robert E. O'Con- nell, PA, Boca Raton, FL, for Plaintiff– Appellant.

Charles M. Fahlbusch, Pam Bondi, At- torney General's Office, Fort Lauderdale, FL, John Bajger, Attorney General's Of- fice, West Palm Beach, FL, for Defen- dant–Appellee.

Before TJOFLAT, PRYOR and ANDERSON, Circuit Judges.

**John W. BENDALL, Jr., Martin Garvey, Interested Parties– Appellants,**

v.

**LANCER MANAGEMENT GROUP, LLC, Lancer Management Group II, LLC, et al., Defendants–Appellees.**

No. 12–16068
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 9, 2013.

